

Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard, Suite 1400 | McLean, VA 22102-4856 | tel 703.770.7900 | fax 703.770.7901

C. Joël Van Over
tel: 703.770.7604
joel.vanover@pillsburylaw.com

February 22, 2017

<u>VIA EMAIL</u>
Stephanie Carr
FOIA Contact
OSD/JS FOIA Requester Service Center
Office of Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

  Re: **FOIA Request**

Dear Ms. Carr:

Pursuant to the Freedom of Information Act, 5 U.S.C. § 522, as amended ("FOIA"), we request documents related to the collection of data, the evaluation of data, and the calculation of the Basic Allowance for Housing ("BAH") by the Defense Travel Management Office ("DTMO") or its contractor, for the BAH that will apply in 2017 in certain military housing areas ("MHAs"): NJ196, NJ 198, NJ200. NJ201, NJ 203, NJ 204, PA 248, PA249, and PA255 ("referred to herein as the NJ-PA MHAs"). For purposes of this FOIA request, the "BAH" means the BAH for each status category of service member and qualified non-service member and each type of housing unit related to each.

Specifically, we request the following documents:

1. Copies of all anchor point[1] data or other data submitted to DTMO (or its designee) by any contractor, including by Robert C. Niehaus, Inc., related to the determination of each 2017 BAH in each of the NJ-PA MHAs.

2. Documents sufficient to show the real estate professionals consulted by DTMO, its contractor(s), or others, the dates of such consultation, and the information provided as a result of such consultations, related to determining each 2017 BAH in each of the NJ-PA MHAs.

---

[1] "Anchor point" and anchor point data are defined in the DTMO publication "A Primer on the Basic Allowance for Housing (BAH)" dated January 2016, at section 10 (Housing Profiles and Standards), attached hereto for reference.

www.pillsburylaw.com

4843-3344-4414.v2

**Civil Case No.: 1:21-cv-00394**  **Exhibit A**

Ms. Joanne Collins
February 22, 2017
Page 2

3. Copies of all analyses and reports related to market or other data submitted to DTMO (or its designee) by any contractor, including by Robert C. Niehaus, Inc., or by any government entity (including a base housing office), related to the determination of each 2017 BAH in each of the NJ-PA MHAs.

4. Copies of all recommendations by any contractor, including by Robert C. Niehaus, Inc., related to the calculation or determination of each 2017 BAH in each of the NJ-PA MHAs.

5. A copy of each contract with each contractor, including Robert C. Niehaus, Inc., and modifications thereto, related to collecting or analyzing data pertaining to the determination of each 2017 BAH in each of the NJ-PA MHAs.

We greatly appreciate your providing documents in response to this request as they are available. We are happy to accept electronic copies of any or all documents to the extent this is easier and acceptable.

We will promptly pay for copying and search charges, as required, up to $500. Please notify us in advance if the anticipated charges are likely to exceed $500.

Thank you for your assistance in this matter. If you have any questions, or need clarification, please contact me. I would appreciate receiving a confirmation of your receipt of this FOIA request.

Very truly yours,

C. Joël Van Over

Enclosure