

**DEPARTMENT OF DEFENSE
OFFICE OF FREEDOM OF INFORMATION
1155 DEFENSE PENTAGON
WASHINGTON, DC 20301-1155**

SEP 1 9 2017

Ref: 17-F-0594

Ms. Joel Van Over
Pillsbury Winthrop Shaw Pittman, LLP
1650 Tysons Boulevard
Suite 1400
McLean, VA 22102-4856

Dear Ms. Van Over:

    This is the final response to your enclosed February 22, 2017 Freedom of Information Act (FOIA) request, a copy of which is attached for your convenience. Your request was received in this office on February 23, 2017 and assigned FOIA case number 17-F-0594. We ask that you use this number when referring to your request.

    The Defense Human Resources Activity (DHRA), a component of the Office of the Secretary of Defense (OSD), conducted a search of their records systems and provided eleven documents, totaling 842 pages, determined to be responsive to your request. Documents one and two, totaling 53 pages, were determined to be responsive to Item 1 of your request, in which you ask for "documents sufficient to show all anchor points, anchor point descriptions, formula used to determine differences in each paygrade and housing type based on anchor points used, and the local median housing costs for each anchor point used to determine each 2017 BAH in each of the NJ-PA MHAs." Documents three and four, totaling 724 pages, were determined to be responsive to Item 2 of your request, in which you ask for "copies of all data or information (from any source) relied upon by DTMO to determine each 2017 BAH in each of the NJ-PA MHAs." It was also determined that document three, totaling 720 pages, is responsive to Items 3, 5 and 6 of your request in which you ask for: "All documents that show the source of all housing rental data by address or location, description and information on the validity of the rental data, the dates and means by which it was gathered, and the "availability" of the rental housing used to determine each 2017 BAH in each of the NJ-PA MHAs"; "All documents that relate to validating the adequacy and reliability of the data relied upon to determine each 2017 BAH in each of the NJ-PA MHAs; and "All documents containing the information provided by each fort, post, or base housing office in the NJ-PA MHAs related to determining each 2017 BAH in each of the NJ-PA MHAs and correspondence related to such information." Documents five through eleven, totaling 65 pages, were determined to be responsive to Item 4 of your request, in which you ask for "copies of all analysis or discussion of any changes to each BAH from 2016 to 2017 in each of the NJ-PA localities."

    Mr. Correy Thomas, Information Governance Lead, an Initial Denial Authority for DHRA, has determined that documents two through ten should be withheld in their entirety pursuant to Exemption 4 of the FOIA, 5 U.S.C. § 552(b)(4), which protects information, such as trade secrets and commercial and financial information obtained from a person on a privileged or confidential basis, that, if released, would result in competitive harm to a company, would impair the government from obtaining like information in the future, and/or would affect overall program effectiveness. In addition, DHRA determined that documents one and eleven, totaling 72 pages, are appropriate for release in their entirety, without excision.

    DHRA also conducted a search of their records systems for records responsive to Items 7 and 8 of your request in which you ask for "all documents showing the analyses and calculations performed to

determine that each 2017 BAH in each of the NJ-PA MHAs is based on data sufficient to attain, for each type of housing unit, a 95% statistical confidence that the estimated median rent is within 10% of the true median rent in each of the NJ-PA MHAs" and "copies of all quality assurance data or information collected during on-site evaluations performed during 2016 in each NJ-PA MHA and any analysis of such data or information." After thorough searches of the electronic records and files of DHRA, no documents of the kind you described in Items 7 and 8 could be identified. We believe that these search methods were appropriate and could reasonably be expected to produce the requested records if they existed.

The Office of the Secretary of Defense incurred a cost totaling $176.00 in processing your request. Assessable fees consisted of 4 hours of review time at the professional rate of $44.00 per hour. Please make payment in the amount of $176.00 via check or money order payable to the U.S. Treasury. Please reference case 17-F-0594 and send payment to: The Office of Freedom of Information, 1155 Defense Pentagon, Washington, D.C. 20301-1155.

This action closes your request with this office. If you are not satisfied with this response, you may contact our OSD FOIA Public Liaison, Jim Hogan, at 571-372-0462 or by email at OSD.FOIALiaison@mail.mil. Also, please note that the Office of Government Information Services (OGIS) offers services to requesters who have disputes with Federal agencies. You may contact OGIS if you have concerns about the processing of your request. Their contact information is provided below:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road-OGIS
College Park, MD 20740
E-mail: ogis@nara.gov
Telephone: 202-741-5770
Fax: 202-741-5769
Toll-free: 1-877-684-6448

You have the right to appeal to the appellate authority, Ms. Joo Chung, Director of Oversight and Compliance, Office of the Secretary of Defense, by writing directly to ODCMO Directorate for Oversight and Compliance, 4800 Mark Center Drive, ATTN: DPCLTD, FOIA Appeals, Mailbox# 24, Alexandria, VA 22350-1700. Your appeal must be postmarked within 90 calendar days of the date of this response. Alternatively, you may use the OSD FOIA request portal at http://pal.whs.mil/palMain.aspx or email your appeal to osd.foia-appeal@mail.mil. If you use email, please include the words "FOIA Appeal" in the subject of the email. Please also reference case number 17-F-0594 in any appeal correspondence.

If you have any questions about the foregoing, please do not hesitate to contact, the Action Officer assigned to your request, Irina Tsiklik, at Irina.Tsiklik.civ@mail.mil or (571) 372-0465.

Sincerely,

*for* Adrienne R. Santos

Stephanie L. Carr
Chief

Enclosure:
As stated

17-F-0594

FEB 2 3 2017



Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard, Suite 1400 | McLean, VA 22102-4856 | tel 703.770.7900 | fax 703.770.7901

C. Joël Van Over
tel: 703.770.7604
joel.vanover@pillsburylaw.com

February 22, 2017

VIA EMAIL
Stephanie Carr
FOIA Contact
OSD/JS FOIA Request Service Center
Office of Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

    Re: **FOIA Request**

Dear Ms. Carr:

Pursuant to the Freedom of Information Act, 5 U.S.C. § 522, as amended ("FOIA"), we request documents related to the collection of data, the evaluation of data, and the calculation of the Basic Allowance for Housing ("BAH") by the Defense Travel Management Office ("DTMO") or its contractor, for the BAH that will apply in 2017 in certain military housing areas ("MHAs"): NJ200, NJ201, NJ 203, NJ 204, PA 248, PA249, and PA255 ("referred to herein as the NJ-PA MHAs"). For purposes of this FOIA request, the "BAH" means the BAH for each status category of service member and qualified non-service member and each type of housing units related to each.

Specifically, we request the following documents:

1. Documents sufficient to show all anchor points[1], anchor point descriptions, formula used to determine differences in each paygrade and housing type based on anchor points used, and the local median housing costs for each anchor point used to determine each 2017 BAH in each of the NJ-PA MHAs.

2. Copies of all data or information (from any source) relied upon by DTMO to determine each 2017 BAH in each of the NJ-PA MHAs.

---

[1] "Anchor point" and anchor point data are defined in the DTMO publication "A Primer on the Basic Allowance for Housing (BAH)" dated January 2016 at section 10 (Housing Profiles and Standards), attached hereto for reference.

www.pillsburylaw.com

4845-9364-5120 v1

Ms. Joanne Collins
February 22, 2017
Page 2

3. All documents that show the source of all housing rental data by address or location, description and information on the validity of the rental data, the dates and means by which it was gathered, and the "availability" of the rental housing used to determine each 2017 BAH in each of the NJ-PA MHAs

4. Copies of all analyses or discussion of any changes to each BAH from 2016 to 2017 in each of the NJ-PA Localities.

5. All documents that relate to validating the adequacy and reliability of the data relied upon to determine each 2017 BAH in each of the NJ-PA MHAs.

6. All documents containing the information provided by each fort, post, or base housing office in the NJ-PA MHAs related to determining each 2017 BAH in each of the NJ-PA MHAs and correspondence related to such information.

7. All documents showing the analyses and calculations performed to determine that each 2017 BAH in each of the NJ-PA MHAs is based on data sufficient to attain, for each type of housing unit, a 95% statistical confidence that the estimated median rent is within 10% of the true median rent in each of the NJ-PA MHAs.

8. Copies of all quality assurance data or information collected during on-site evaluations performed during 2016 in each NJ-PA MHA and any analysis of such data or information.

We greatly appreciate your providing documents in response to this request as they are available. We are happy to accept electronic copies of any or all documents to the extent this is easier and acceptable.

We will promptly pay for copying and search charges, as required, up to $500. Please notify us in advance if the anticipated charges are likely to exceed $500.

Thank you for your assistance in this matter. If you have any questions, or need clarification, please contact me. I would appreciate receiving a confirmation of your receipt of this FOIA request.

Very truly yours,

Joël Van Over

Enclosure