**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED COMMUNITIES, LLC, *Plaintiff*, v. U.S. DEPARTMENT OF DEFENSE, *Defendant*. | Civil Action No.: 21-0394 (KBJ) |

**ANSWER**

Defendant, United States Department of Defense, by and through counsel, hereby responds to Plaintiff's Complaint as follows:

**RESPONSES**

Defendant responds to the separately numbered paragraphs and prayer for relief contained in the Complaint below.  To the extent that any allegation is not admitted herein, it is denied.  Moreover, to the extent that the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such materials for their accurate and complete contents; however, Defendant's references are not intended to be, and should not be construed to be, an admission that the cited materials:  (a) are correctly cited or quoted by Plaintiff; (b) are relevant to this, or any other, action; or (c) are admissible in this, or any other, action.

Defendant answers as follows:

Plaintiff's introductory paragraph contains Plaintiff's characterization of this action, not allegations of fact, to which no response is required.  To the extent a response is deemed necessary, Defendant denies.

**JURISDICTION AND VENUE**[1]

1. This paragraph contains conclusions of law, not allegations of fact, to which no response is required.

2. This paragraph contains conclusions of law, not allegations of fact, to which no response is required.

3. This paragraph contains conclusions of law, not allegations of fact, to which no response is required.

4. This paragraph contains conclusions of law, not allegations of fact, to which no response is required.

5. This paragraph contains conclusions of law, not allegations of fact, to which no response is required.

**PARTIES**

6. Defendant lacks sufficient information or knowledge with which to form a belief as to the truth of the allegations contained in this paragraph.

7. Admit.

8. This paragraph contains Plaintiff's argument and conclusions of law, not allegations of fact, to which no response is required.

**STATEMENT OF FACTS**
*FOIA Request 17-F-0593*

9. Admit. By way of further response, Defendant respectfully refers the Court to the cited material for a full and accurate statement of its contents and denies any allegation inconsistent therewith.

---

[1] For ease of reference, Defendant refers to Plaintiff's headings and titles, but to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

10. Admit. By way of further response, Defendant respectfully refers the Court to the cited material for a full and accurate statement of its contents and denies any allegation inconsistent therewith.

11. Admit. By way of further response, Defendant respectfully refers the Court to the cited material for a full and accurate statement of its contents and denies any allegation inconsistent therewith.

12. Admit. By way of further response, Defendant respectfully refers the Court to the cited material for a full and accurate statement of its contents and denies any allegation inconsistent therewith.

13. Admit. By way of further response, Defendant respectfully refers the Court to the cited material for a full and accurate statement of its contents and denies any allegation inconsistent therewith.

14. This paragraph contains conclusions of law, not allegations of fact, to which no response is required.

15. Admit. By way of further response, Defendant respectfully refers the Court to the cited material for a full and accurate statement of its contents and denies any allegation inconsistent therewith.

16. Admit.

*FOIA Request 17-F-0594*

17. Admit. By way of further response, Defendant respectfully refers the Court to the cited material for a full and accurate statement of its contents and denies any allegation inconsistent therewith.

18. Admit. By way of further response, Defendant respectfully refers the Court to the cited material for a full and accurate statement of its contents and denies any allegation inconsistent therewith.

19. Admit. By way of further response, Defendant respectfully refers the Court to the cited material for a full and accurate statement of its contents and denies any allegation inconsistent therewith.

20. Admit. By way of further response, Defendant respectfully refers the Court to the cited material for a full and accurate statement of its contents and denies any allegation inconsistent therewith.

21. This paragraph contains conclusions of law, not allegations of fact, to which no response is required.

22. Admit. By way of further response, Defendant respectfully refers the Court to the cited material for a full and accurate statement of its contents and denies any allegation inconsistent therewith.

23. Admit. By way of further response, Defendant respectfully refers the Court to the cited material for a full and accurate statement of its contents and denies any allegation inconsistent therewith.

24. Admit.

*FOIA Request 17-F-0708*

25. Admit. By way of further response, Defendant respectfully refers the Court to the cited material for a full and accurate statement of its contents and denies any allegation inconsistent therewith.

26. Admit.

27. Admit. By way of further response, Defendant avers that the letter was dated June 16, 2017. Further, Defendant respectfully refers the Court to the cited material for a full and accurate statement of its contents and denies any allegation inconsistent therewith.

28. Admit. By way of further response, Defendant respectfully refers the Court to the cited material for a full and accurate statement of its contents and denies any allegation inconsistent therewith.

29. Admit. By way of further response, Defendant respectfully refers the Court to the cited material for a full and accurate statement of its contents and denies any allegation inconsistent therewith.

30. Admit. By way of further response, Defendant respectfully refers the Court to the cited material for a full and accurate statement of its contents and denies any allegation inconsistent therewith.

31. This paragraph contains conclusions of law, not allegations of fact, to which no response is required.

32. Admit. By way of further response, Defendant respectfully refers the Court to the cited material for a full and accurate statement of its contents and denies any allegation inconsistent therewith.

33. Admit.

***FOIA Request 21-F-0179***

34. Admit. By way of further response, Defendant respectfully refers the Court to the cited material for a full and accurate statement of its contents and denies any allegation inconsistent therewith.

35. This paragraph contains conclusions of law, not allegations of fact, to which no response is required.

36. Admit. By way of further response, Defendant respectfully refers the Court to the cited material for a full and accurate statement of its contents and denies any allegation inconsistent therewith.

37. This paragraph contains Plaintiff's characterization of its FOIA request, not allegations of fact, to which no response is required. By way of further response, Defendant respectfully refers the Court to the referenced request for a full and accurate statement of its contents and denies any allegation inconsistent therewith.

38. This paragraph contains Plaintiff's characterization of a Government report, not allegations of fact, to which no response is required. By way of further response, Defendant respectfully refers the Court to the cited report for a full and accurate statement of its contents and denies any allegation inconsistent therewith.

39. Defendant lacks sufficient information or knowledge with which to form a belief as to the truth of the allegations contained in this paragraph.

**COUNT I**
**(Violation of FOIA, 5 U.S.C. § 552)**

40. Defendant incorporates its responses to paragraphs 1-39 above as if set forth fully herein.

41. Admit.

42. This paragraph contains Plaintiff's argument and conclusions of law, not allegations of fact, to which no response is required.

43. This paragraph contains Plaintiff's argument and conclusions of law, not allegations of fact, to which no response is required.

44. This paragraph contains Plaintiff's argument and conclusions of law, not allegations of fact, to which no response is required.

45. This paragraph contains Plaintiff's argument and conclusions of law, not allegations of fact, to which no response is required.

46. This paragraph contains Plaintiff's argument and conclusions of law, not allegations of fact, to which no response is required.

47. This paragraph contains Plaintiff's argument and conclusions of law, not allegations of fact, to which no response is required.  To the extent a response is deemed necessary, Defendant denies.

48. This paragraph contains Plaintiff's argument and conclusions of law, not allegations of fact, to which no response is required. To the extent a response is deemed necessary, Defendant denies.

49. This paragraph contains Plaintiff's argument and conclusions of law, not allegations of fact, to which no response is required.

50. This paragraph contains Plaintiff's argument and conclusions of law, not allegations of fact, to which no response is required.

The remaining portions of Plaintiff's Complaint contain its request for relief, to which no response is required.  To the extent a response is deemed necessary, Defendant denies that Plaintiff is entitled to the relief requested, or to any relief whatsoever.

## ADDITIONAL DEFENSES

Defendant alleges the following additional defenses to the Complaint.  In asserting these defenses, Defendant does not assume the burden to establish any fact or proposition where that burden is properly imposed upon Plaintiff.

1. Plaintiff has failed to state a claim.

2. Plaintiff is not entitled to compel the release of information protected from disclosure by one or more FOIA exemptions or exclusions.

3. This Court lacks subject matter jurisdiction over any of Plaintiff's requests for relief that exceed the relief authorized by FOIA.

March 22, 2021

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ Brian J. Field
BRIAN J. FIELD
D.C. Bar #985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2551
E-mail: Brian.Field@usdoj.gov