UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED COMMUNITIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>Defendant. | Civil Action No. 21-0394 (JMC) |

**JOINT STATUS REPORT**

Plaintiff, United Communities, LLC, and Defendant, the U.S. Department of Defense ("DOD"), by and through their respective counsel and pursuant to the Court's Minute Order dated July 18, 2022, the Parties respectfully inform the Court as follows:

1. DOD has completed its processing of documents in this case.

2. On September 8, 2022, Plaintiff sent Defendant a letter regarding Defendant's document productions in this case. Defendant has reviewed the letter and is in the process of preparing a response.

3. The parties continue to confer in good faith regarding Plaintiff's FOIA requests and Defendant's productions.

3. The Parties believe that it is still premature to determine whether a *Vaughn* index is needed or to propose a briefing schedule.

4. The Parties propose that a joint status report should be filed on December 12, 2022. The Parties shall meet and confer prior to each joint status report.

Dated: October 13, 2022
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: _____/s/_____
PATRICIA K. MCBRIDE
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
202-252-7123

*Attorneys for the United States of America*

Respectfully submitted,

SMITH, CURRIE & HANCOCK LLP

*/s/ Sarah Carpenter*
Sarah K. Carpenter (DC Bar #1044814)
Smith, Currie & Hancock LLP
1025 Connecticut Avenue, N.W., Suite 600
Washington, DC 20036
Telephone: (202) 452-2140
Facsimile: (202) 775-8217
Email: skcarpenter@smithcurrie.com

*Counsel for United Communities, LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED COMMUNITIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 21-0394 (JMC)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of the Joint Status Report, it is hereby ORDERED that the Parties shall file a joint status report on December 12, 2022.

SO ORDERED.

Date: _____          _____

United States District Judge