UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED COMMUNITIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 21-0394 (JMC) |
| U.S. DEPARTMENT OF DEFENSE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**JOINT STATUS REPORT**

Plaintiff, United Communities, LLC, and Defendant, the U.S. Department of Defense ("DOD"), by and through their respective counsel and pursuant to the Court's Minute Order dated July 18, 2022, respectfully inform the Court as follows:

1.     On September 8, 2022, Plaintiff sent Defendant a letter regarding Defendant's document productions in this case.  Defendant has reviewed the letter and has provided a response.

2.     The parties continue to confer in good faith regarding Plaintiff's FOIA requests and Defendant's productions.

3.      The Parties believe that it is still premature to determine whether a *Vaughn* index is needed or to propose a briefing schedule.

4.     The Parties will file another joint status report on April 17, 2023 and will meet and confer prior to filing it.

Dated: January 17, 2022
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: _____/s/_____
    PATRICIA K. MCBRIDE
    Assistant United States Attorney
    601 D Street, N.W.
    Washington, D.C. 20530
    202-252-7123

*Attorneys for the United States of America*

    Respectfully submitted,

    SMITH, CURRIE & HANCOCK LLP

    */s/ Sarah Carpenter*_____
    Sarah K. Carpenter (DC Bar #1044814)
    Smith, Currie & Hancock LLP
    1025 Connecticut Avenue, N.W., Suite 600
    Washington, DC 20036
    Telephone: (202) 452-2140
    Facsimile: (202) 775-8217
    Email: skcarpenter@smithcurrie.com

    *Counsel for United Communities, LLC*